**James Irving DALE, Plaintiff–
Appellant**

v.

**Joel L. BROTT; Brian Frank; Angela
Knutson; Dave Isias; Lisa Kachma-
rek; Bill (William) Hilden; Unknown
Correctional Officer, Defendants–Ap-
pellees.**

No. 13–3412.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 19, 2014.

Filed: June 24, 2014.

James Irving Dale, Springfield, SD, pro
se.

Jason Marcus Hill, Johnson & Lindberg,
Minneapolis, MN, for Defendants–Appel-
lees.

Before BYE, COLLOTON, and
BENTON, Circuit Judges.

PER CURIAM.

Inmate James Irving Dale appeals the
district court's [1] adverse grant of summary
judgment in his 42 U.S.C. § 1983 action, in
which his claims arose from allegations
that, among other things, he was denied
access to case law and was subjected to
retaliatory discipline. Upon de novo re-
view, *see McKenney v. Harrison,* 635 F.3d
354, 358 (8th Cir.2011), and careful consid-
eration of Dale's arguments for reversal,[2]
we affirm the judgment of the district
court. *See* 8th Cir. R. 47B. We also deny
Dale's motion to exclude appellees' brief.

---

1. The Honorable Patrick J. Schiltz, United
States District Judge for the District of Minne-
sota, adopting the report and recommenda-
tions of the Honorable Janie S. Mayeron,
United Magistrate Judge for the District of
Minnesota.

2. We decline to consider issues that Dale ei-
ther raises for the first time on appeal, or has
abandoned on appeal by failing to discuss
them in his brief.